## SEMINOLE TOWNSITE CO. v. TOWN OF SEMINOLE *et al.*

No. 2113.    Opinion Filed March 11, 1913.

(130 Pac. 1100.)

**FORMER DECISION CONTROLLING.** Affirmed on the authority of Seminole Townsite Co. v. Town of Seminole et al., ante, 130 Pac. 1098.

(Syllabus by the Court.)

Dunn, J., dissenting.

*Error from District Court, Seminole County;*
*Robt. M. Rainey, Judge.*

Action by the Seminole Townsite Company against the Town of Seminole and others. Judgment for defendants, and plaintiff brings error. Affirmed.

*Lydick & Eggerman,* for plaintiff in error.

*Willmott & Dean,* for defendants in error.

KANE, J. The questions involved in this case seem to be the same as in *Seminole Townsite Co. v. Town of Seminole et al., ante,* 130 Pac. 1098. Upon the authority of that case the judgment of the court below is affirmed.

HAYES, C. J., and WILLIAMS and TURNER, JJ., concur; DUNN, J., dissents.